**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1586**

JOSE ERNESTO VALLE-ALVAREZ,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: February 20, 2020                    Decided: March 11, 2020

Before GREGORY, Chief Judge, and AGEE and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Gina M. Takemori, TAKEMORI LAW, Germantown, Maryland, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Stephen J. Flynn, Assistant Director, Kathryn M. McKinney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Ernesto Valle-Alvarez, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and Valle-Alvarez's claims, and conclude that the Board did not abuse its discretion in denying the motion. *See* 8 C.F.R. § 1003.2(a), (b)(1) (2019); *Narine v. Holder,* 559 F.3d 246, 249 (4th Cir. 2009); *Jean v. Gonzales,* 435 F.3d 475, 481, 483 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Valle-Alvarez* (B.I.A. May 15, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2